# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TERI A. MILLER,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV249 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **CONSOLIDATED CONTAINER COMPANY, INC.,** | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Motion for Leave to File an Amended Complaint (Filing No. 15).  The plaintiff included with the motion an unsigned copy of the proposed amended complaint, in substantial compliance with NECivR 15.1(a).  **See** Filing No. 15.  The plaintiff represents that the defendant has no objection to its motion.  Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's Motion for Leave to Amend Complaint (Filing No. 15) is granted.

2. The plaintiff shall have to **on or before August 23, 2005**, to file the amended complaint.

DATED this 9th day of August, 2005.

> BY THE COURT:
>
> s/Thomas D. Thalken
> United States Magistrate Judge