# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERI A. MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:05CV249 |
| vs. ) | |
| ) | ORDER |
| CONSOLIDATED CONTAINER ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

On the court's own motion, the telephone planning conference previously set for October 31, 2005, at 9:00 a.m. is cancelled and is **rescheduled for November 28, 2005, at 10:30 a.m.** before the undersigned magistrate judge. Plaintiff's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 18th day of October, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge